UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------

**Bibi S. Azeez**

                        Plaintiff,

-against-

COMMISSIONER OF SOCIAL
SECURITY,

                      Defendant.

-------------------------------------------------

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 16 2006 ★
BROOKLYN OFFICE

**ORDER**
CV-06-2195 (ERK)

      Plaintiff having filed a complaint on 05/11/2006, the administrative record is to be filed no later than 09/11/2006, it is hereby

ORDERED that plaintiff and defendant shall file their fully briefed motions no later than NOV. 13, 2006.

      Counsel are to follow Judge Korman's motion practice when filing their motions for judgment on the pleadings (bundle practice) Counsel shall notify the Court by letter as to their agreed upon briefing schedule. Any extensions do not need Court approval, however the Court should be notified by letter. The Court shall decide the motion on submission unless notified otherwise.

      The Clerk is directed to mail copies of this order to all parties.

                                        SO ORDERED
                                        s/Edward R. Korman
                                        EDWARD R. KORMAN, U.S.D.J.

DATED: Brooklyn, N.Y.
           May 12, 2006